UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                ) CASE NO: 05-47414-399
                                      )
HAROLD WALKER                         )
                                      )     CHAPTER 13
GEORGIANNA BRAMLETT-WALKER            )
                                      )
              DEBTOR(S)               )


LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):


STIPES AUTOPLEX
10800 PAGE AVE                            $       1,172.55
ST LOUIS MO
429417              63132


                                      /s/ John V. LaBarge, Jr.
                                      ------------------------------------
DATE: May 28, 2010                    JOHN V. LABARGE, JR.,
                                      CHAPTER 13 TRUSTEE
                                      P.O. Box 430908
                                      St. Louis, MO 63143
BG -091                               (314) 781-8100   trust33@ch13stl.com